**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MACROSOLVE, INC.**<br><br>Plaintiff,<br><br>**v.**<br><br>**HOTELS.COM, L.P.**<br><br>Defendant. | Civil Action No. 6:11-cv-690<br><br>**JURY TRIAL DEMANDED** |

## ORDER VACATING DISMISSAL WITHOUT PREJUDICE AND DISMISSING HOTELS.COM, L.P. WITH PREJUDICE

In light of the joint motion filed by Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Hotels.com, L.P. ("Hotels.com"), it is hereby ORDERED that:

The Court's order (Dkt. 20) dismissing all claims and counterclaims made by MacroSolve and Hotels.com against each other in this action without prejudice is VACATED; and

All claims and counterclaims made by MacroSolve and Hotels.com against each other in this action are DISMISSED WITH PREJUDICE.

Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 9th day of April, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**